# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Evan Bush, et al., | NO. CV-15-01261-PHX-SRB |
| Plaintiffs, | |
| v. | JUDGMENT IN A CIVIL CASE |
| America's Best Tire LLC, et al., | |
| Defendants. | |

Pursuant to Plaintiffs having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant America's Best Tire Mesa LLC in the following amounts: Plaintiff Evan Bush in the amount of $38,000.00, and Plaintiff Joseph Trotter in the amount of $11,500.00. In addition, Plaintiffs' costs and reasonable attorney's fees now accrued are to be added to the judgment. Said fees and costs shall be agreed to between counsel for the parties or, if they are unable to agree, determined by the Court upon motion. This action is hereby terminated with regards to America's Best Tire Mesa LLC only.

Brian D. Karth
District Court Executive/Clerk of Court

September 1, 2015

By   s/ Kenneth G. Miller
     Deputy Clerk