# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Evan Bush, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>America's Best Tire LLC, et al.,<br><br>　　　　　　Defendants. | NO. CV-15-01261-PHX-SRB<br><br>**JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 16, 2015, judgment is entered in favor of plaintiff and against defendant. Plaintiffs are entitled to $17,880.00 in attorneys' fees and $400 in costs.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 16, 2015

　　　　　　　　　　　　　　　　　　s/ Amanda T. Duran
　　　　　　　　　　　　　　By　　Deputy Clerk