# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Evan Bush, et al., | No. CV-15-01261-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| America's Best Tire LLC, et al., | |
| Defendants. | |

On October 2, 2015 the parties filed a Joint Motion to Vacate Rule 16 Conference. In that motion the parties advised the Court that "Pending the completed satisfaction of the judgment, including the Court's resolution of Plaintiffs' Application for Attorneys' Fees, no claim will remain against any Defendant. The parties anticipate filing a satisfaction of judgment and/or stipulation to dismiss the action after the judgment is satisfied in its entirely, shortly following the Court's ruling on Plaintiffs' Application for Attorneys' Fees." Plaintiffs filed a Satisfaction of Judgment on December 2, 2015. Pursuant to the Joint Motion to Vacate Rule 16 Conference and Plaintiffs' Satisfaction of Judgment,

IT IS ORDERED dismissing Defendants America's Best Tire, LLC, Camelback Automotive Repair, LLC, America's Best Tire Grand, LLC, America's Best Tire Glendale, LLC, America's Best Tire 203, LLC, America's Best Tire 101 LLC, America's Best Employment Services, LLC, America's Best Wholesale Tire, LLC, America's Best Transportation Services, LLC, America's Best Tire Peoria, LLC, America's Best Tire

Buckeye, LLC, America's Best Tire Van Buren, LLC, America's Best Wholesale Tire Tucson, LLC, America's Best Tire Wholesale, Tire LV, LLC, Travis M. Dees, and Unknown Dees.

Dated this 28th day of December, 2015.

_____
Susan R. Bolton
United States District Judge